## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MARK NEWTON AND ANDREA NEWTON et al., | : | |
| | : | Civil Action No. 07-2229 (SRC) |
| Plaintiffs, | : | |
| v. | : | **ORDER** |
| COUNTY OF ESSEX et al., | : | |
| Defendants. | : | |

**CHESLER, U.S.D.J.**

This matter having been brought before this Court on the applications by Plaintiffs Mark Newton and Andrea Newton to proceed in forma pauperis without prepayment of fees, pursuant to 28 U.S.C. § 1915; and it appearing that Plaintiffs have submitted affidavits of indigence demonstrating their eligibility; and good cause appearing,

**IT IS** on this 11th day of May, 2007

**ORDERED** that Plaintiffs' applications to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915(a), are **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court is hereby directed to file the Complaint in this action without prepayment of the filing fee.

    s/ Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.